**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JUSTIN ALICEA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PAYBYPHONE US INC., a Delaware corporation, PAYBYPHONE TECHNOLOGIES INC., a Canadian corporation,

Defendant.

Case No. 3:26-cv-01266-WHO

**[PROPOSED] ORDER GRANTING DEFENDANTS PAYBYPHONE US INC. AND PAYBYPHONE TECHNOLOGIES INC.'S MOTION TO DISMISS COMPLAINT**

Date: June 17, 2026
Time: 2:00 p.m.
Courtroom: 2, 17th Floor
Judge: Hon. William H. Orrick

Before the Court is Defendants PayByPhone US Inc. and PayByPhone Technologies Inc.'s ("PayByPhone") Motion to Dismiss Complaint (the "Motion"). Having reviewed and considered the papers filed in support of and in opposition to PayByPhone's Motion to Dismiss, and having heard argument from counsel, the Court finds that good cause to exists to grant PayByPhone's Motion to Dismiss for the reasons stated in the memorandum and authorities accompanying the Motion.

Accordingly, PayByPhone's Motion to Dismiss Complaint is **GRANTED** and the Complaint is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Honorable William H. Orrick
United States District Judge